**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF LOUISIANA

Case number *(if known)* _____  Chapter **11**

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Koga, LLC** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-2611754** | |
| 4. | **Debtor's address** | **Principal place of business** **17540 Million Dollar Road** **Covington, LA 70435-7854** Number, Street, City, State & ZIP Code **Washington** County | **Mailing address, if different from principal place of business** **441 Laurelleaf Lane** **Covington, LA 70433** P.O. Box, Number, Street, City, State & ZIP Code **Location of principal assets, if different from principal place of business** _____ Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **https://www.koga.clinic** | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

Debtor **Koga, LLC**     Case number (*if known*)
     Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   **2372**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
  - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ☐ No.
- ■ Yes.

| | District | When | Case number |
|---|---|---|---|
| | **US Bankruptcy Court ED of Louisiana** | **7/12/24** | **24-11318** |
| | District | When | Case number |

Debtor **Koga, LLC**     Case number (*if known*)
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor     Relationship
District     When     Case number, if known

**11. Why is the case filed in *this district*?**
*Check all that apply:*
☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)
☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard?
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other
**Where is the property?**
   Number, Street, City, State & ZIP Code
**Is the property insured?**
☐ No
☐ Yes. Insurance agency
       Contact name
       Phone

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**
*Check one:*
■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**
☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**
☐ $0 - $50,000
■ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

| Debtor | **Koga, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

☐ $50,001 - $100,000          ☐ $10,000,001 - $50 million          ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million         ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million        ☐ More than $50 billion

Debtor **Koga, LLC**
Name

Case number (*if known*)

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **March 18, 2025**
MM / DD / YYYY

X **/s/ Sebastian F. Koga**
Signature of authorized representative of debtor

**Sebastian F. Koga**
Printed name

Title **Registered Agent/Managing Member**

**18. Signature of attorney**

X **/s/ Phillip K. Wallace**
Signature of attorney for debtor

Date **March 18, 2025**
MM / DD / YYYY

**Phillip K. Wallace**
Printed name

**Phillip K.Wallace, PLC**
Firm name

**1795 West Causeway Approach, Suite 103**
**Mandeville, LA 70471**
Number, Street, City, State & ZIP Code

Contact phone **985-624-2824**   Email address **pkwallace@aol.com**

**13198 LA**
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Koga, LLC |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF LOUISIANA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| American Bank c/o Wayne A Maiorana Jr. Newman, Mathis, Brady & Spedale 3501 N. Causeway Blvd., Suite 300 Metairie, LA 70002 | | Attorney's Fees | | | | $13,000.00 |
| American Bank c/o Wayne A Maiorana Jr. Newman, Mathis, Brady & Spedale 3501 N. Causeway Blvd., Suite 300 Metairie, LA 70002 | | Costs Associated with Executory Process Assessment No. 120892 17540 Million Dollar Road Covington, LA 70435 | | | | $3,897.24 |
| American Bank c/o Wayne A Maiorana Jr. Newman, Mathis, Brady & Spedale 3501 N. Causeway Blvd., Suite 300 Metairie, LA 70002 | | 92.25 ACS M/L BEING PARCEL A & PARCEL A2 SEC 31 32... Assessment No. 120892 17540 Million Dollar Road Covington, LA 70435 | | $1,875.00 | $3,200,000.00 | Unknown |
| Atlas Receivables Management 2121 Airline Drive, Suite 520 Metairie, LA 70001 | | Medship, LLC Invoices | | | | $12,000.00 |
| Bank Plus c/o Mark Landry Newman, Mathis 3501 N. Causeway Blvd., Suite 300 Metairie, LA 70002 | | Attorney's Fees | | | | $14,475.51 |

Debtor **Koga, LLC**
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Bank Plus** c/o Mark Landry Newman, Mathis 3501 N. Causeway Blvd., Suite 300 Metairie, LA 70002 | | **Costs Associated With Executory Process Loan No. 1-4** | | | | $1,475.51 |
| **Bank Plus** c/o Mark C. Landry Newman, Mathis, Brady & Spedale 3501 N. Causeway Blvd., Suite 300 Metairie, LA 70002 | | **Deed of Trust EBS Properties, LLC Dated 12/9/2019 - Parcel of Land Instrument No. 2019342 Real Estate Records of Marion County, Mississippi Also Kno** | | $44,227.61 | $1,100,000.00 | Unknown |
| **Bank Plus** c/o Mark C. Landry Newman, Mathis, Brady & Spedale 3501 N. Causeway Blvd., Suite 300 Metairie, LA 70002 | | **Deed of Trust EBS Properties, LLC Dated 12/9/2019 - Parcel of Land Instrument No. 2019341 Real Estate Records of Marion County, Mississippi Also Kno** | | $12,496.84 | $350,000.00 | Unknown |
| **Internal Revenue Service Centralized Insolvency Unit P. O. Box 7346 Philadelphia, PA 19101** | | **2023 IRS Penalties Owed** | | | | $3,078.00 |
| **Internal Revenue Service Centralized Insolvency Unit P. O. Box 7346 Philadelphia, PA 19101** | | **2021 State Penalties Owed** | | | | $2,139.00 |
| **Internal Revenue Service Centralized Insolvency Unit P. O. Box 7346 Philadelphia, PA 19101** | | **2022 IRS Penalties Owed** | | | | $1,219.00 |

Debtor **Koga, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Internal Revenue Service Centralized Insolvency Unit P. O. Box 7346 Philadelphia, PA 19101** | | **2021 IRS Taxes Owed** | | | | **$121,301.00** |
| **Internal Revenue Service Centralized Insolvency Unit P. O. Box 7346 Philadelphia, PA 19101** | | **2022 IRS Taxes Owed** | | | | **$106,184.00** |
| **Internal Revenue Service Centralized Insolvency Unit P. O. Box 7346 Philadelphia, PA 19101** | | **2023 IRS Taxes Owed** | | | | **$87,068.00** |
| **Louisiana Department of Revenue Collection Division/Bankruptcy Section PO Box 66658 Baton Rouge, LA 70896-9988** | | **State Taxes Owed** | | | | **$20,944.00** |
| **Louisiana Department of Revenue Collection Division/Bankruptcy Section PO Box 66658 Baton Rouge, LA 70896-9988** | | **State Taxes Owed** | | | | **$19,305.00** |
| **Louisiana Department of Revenue Collection Division/Bankruptcy Section PO Box 66658 Baton Rouge, LA 70896-9988** | | **State Taxes Owed** | | | | **$18,496.00** |

Official form 204  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims  page 3

Debtor **Koga, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim <br> If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Louisiana Department of Revenue Collection Division/Bankruptcy Section PO Box 66658 Baton Rouge, LA 70896-9988** | | **2021 State Penalties Owed** | | | | $1,240.00 |
| **Louisiana Department of Revenue Collection Division/Bankruptcy Section PO Box 66658 Baton Rouge, LA 70896-9988** | | **2023 State Penalties Owed** | | | | $985.00 |

American Bank
c/o Wayne A Maiorana Jr.
Newman, Mathis, Brady & Spedale
3501 N. Causeway Blvd., Suite 300
Metairie, LA 70002

American Bank
c/o Wayne A Maiorana Jr.
Newman, Mathis, Brady & Spedale
3501 N. Causeway Blvd., Suite 300
Metairie, LA 70002

Atlas Receivables Management
2121 Airline Drive, Suite 520
Metairie, LA 70001

Bank Plus
c/o Mark C. Landry
Newman, Mathis, Brady & Spedale
3501 N. Causeway Blvd., Suite 300
Metairie, LA 70002

Bank Plus
c/o Mark Landry
Newman, Mathis
3501 N. Causeway Blvd., Suite 300
Metairie, LA 70002

Internal Revenue Service
Centralized Insolvency Unit
P. O. Box 7346
Philadelphia, PA 19101

Louisiana Department of Revenue
Collection Division/Bankruptcy Section
PO Box 66658
Baton Rouge, LA 70896-9988

Sebastian F. Koga
17540 Million Dollar Road
Covington, LA 70435

# United States Bankruptcy Court
## Eastern District of Louisiana

In re **Koga, LLC**　　　　　　　　　　　　　　　　Case No.
　　　　　　　　　　　　Debtor(s)　　　　　　　　Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Koga, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Sebastian F. Koga
17540 Million Dollar Road
Covington, LA 70435**

☐ None [*Check if applicable*]

**March 18, 2025**　　　　　　　　　　　　　**/s/ Phillip K. Wallace**
Date　　　　　　　　　　　　　　　　　　　　**Phillip K. Wallace**
　　　　　　　　　　　　　　　　　　　　　　Signature of Attorney or Litigant
　　　　　　　　　　　　　　　　　　　　　　Counsel for **Koga, LLC**
　　　　　　　　　　　　　　　　　　　　　　**Phillip K.Wallace, PLC
　　　　　　　　　　　　　　　　　　　　　　1795 West Causeway Approach, Suite 103
　　　　　　　　　　　　　　　　　　　　　　Mandeville, LA 70471
　　　　　　　　　　　　　　　　　　　　　　985-624-2824 Fax:985-624-2823
　　　　　　　　　　　　　　　　　　　　　　pkwallace@aol.com**